LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 13281
MORAN BRANDON BENDAVID MORAN
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CATHLEEN COLLINS,

    Plaintiff,

v.

ALBERTSON'S LLC, a foreign limited liability company; ALBERTSON'S HOLDINGS, LLC, a foreign limited liability company; NEW ALBERTSON'S, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO.: 2:16-cv-01312-MMD-PAL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

1 | parties, each party bear their respective fees and costs incurred.

DATED this 5 day of March, 2018.

| GANZ & HAUF | MORAN BRANDON BENDAVID MORAN |
|---|---|
| /s/ ADAM GANZ | /s/ LEW BRANDON, JR. |
| **ADAM GANZ, ESQ.**<br>Nevada Bar No. 6650<br>**MARJORIE HAUF, ESQ.**<br>Nevada Bar No. 8111<br>**JEFFREY GALLIHER, ESQ.**<br>Nevada Bar No. 8078<br>8950 W. Tropicana, Suite 1<br>Las Vegas, Nevada 89147<br>(702) 598-4529<br>(702) 598-3626 – Facsimile<br>Attorneys for Plaintiff,<br>CATHLEEN COLLINS | **LEW BRANDON, JR., ESQ.**<br>Nevada Bar No. 5880<br>**JUSTIN W. SMERBER, ESQ.**<br>Nevada Bar No. 10761<br>**MATTHEW WHITTAKER, ESQ.**<br>Nevada Bar No. 13281<br>630 S. Fourth Street<br>Las Vegas, Nevada 89101<br>(702) 384-8424<br>(702) 384-6568 - *facsimile*<br>l.brandon@moranlawfirm.com<br>Attorneys for Defendant,<br>ALBERTSONS, LLC |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 16th day of March, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**

/s/ Lew Brandon, Jr.
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant, ALBERTSONS, LLC


MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 2 of 2